# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Suleiman Solomon,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 223-124 |

## ORDER

Before the Court is Plaintiff State Farm Mutual Automobile Insurance Company's notice of voluntary dismissal, dkt. no. 7, wherein it notifies the Court that it wishes to dismiss this action with prejudice.  The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 25 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA